UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

ALAN A. MAY, as personal Representative of
the Estate of JESUS WINSTON GILLARD,
Deceased,

        Plaintiff,

v.

TOWNSHIP OF BLOOMFIELD, OFFICER
JIM GALLAGHER, OFFICER SEAN KELLEY,
OFFICER SCOTT MONKKONEN, OFFICER
JASON MURPHY, OFFICER JAMES
SHOEMAKER, OFFICER APRIL SWITALA,
CITY OF TROY, OFFICER MICHAEL
MEINZINGER, OFFICER SEAN MORSE,
OFFICER CHRISTINA GIOVANNI, and
OFFICER MICHAEL GIORDANO,

Jointly and Severally,

        Defendants.

CASE NO: 11-cv-14453
HON. ROBERT H. CLELAND

MAGISTRATE JUDGE WHALEN

_____/

GEOFFREY N. FIEGER (P30441)
MARTIN T. SHEPHERD (P65331)
Fieger, Fieger, Kenney, Giroux, & Danzig, P.C.
Attorney for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555
m.shepherd@fiegerlaw.com

CITY OF TROY
CITY ATTORNEY'S OFFICE
LORI GRIGG BLUHM (P46908)
JULIE DUFRANE (P59000)
Attorneys for Troy Defendants
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
J.Dufrane@troymi.gov

LAURA S. AMTSBUECHLER (P36972)
MARGARET T. DEBLER (P43905)
HOLLY S. BATTERSBY (P72023)
Johnson, Rosati, LaBarge, Aseltyne & Field, P.C.
34405 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@jrlaf.com
lamtsbuechler@jrlaf.com
mdebler@jrlaf.com

**STIPULATED PROTECTIVE ORDER**

IT IS HEREBY ORDERED AND ADJUDGED that any document or thing, including but not limited to all policies, procedures, rules, regulations, general orders, training materials, police reports, witness statements, copies of police in-car video and audio recordings, TASER logs, employee personnel files and/or internal investigations files of the Troy Police Department produced to Plaintiff pursuant to discovery requests in this litigation shall be utilized only as follows:

1. For review by Plaintiff's attorneys or his experts in the preparation of this case;

2. As evidence at trial if the Court determines that said documents are admissible.

IT IS FURTHER ORDERED AND ADJUDGED that at the conclusion of this litigation the Plaintiff's attorney shall return to Defendant CITY OF TROY'S attorney all copies of the documents produced which are governed by this Protective Order.

  s/Robert H. Cleland
HONORABLE ROBERT H. CLELAND

Date:   August 20, 2012

Entry of this Order is approved:

| s/ Martin T. Shepherd (w/consent) | s/ Julie Quinlan Dufrane |
|---|---|
| MARTIN T. SHEPHERD (P65331) | JULIE QUINLAN DUFRANE (P59000) |
| Attorney for Plaintiff | Attorney for Defendants City of Troy |
| 19390 W. Ten Mile Road | Officers Meinzinger, Morse, |
| Southfield, MI 48075 | Giovannoni, and Giordano |
| (248) 355-5555 | 500 W. Big Beaver Rd |
| m.shepherd@fiegerlaw.com | Troy, MI 48084 |
| | (248) 524-3388 |
| | j.dufrane@troymi.gov |