UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN A. MAY, Personal Representative of the
Estate of Jesus Winston Gillard, Deceased,

       Plaintiff,

Case No. 11-14453

v.

Township of Bloomfield, et al.,

       Defendants.
                                         /

**ORDER OF DISMISSAL**

On November 5, 2013, the parties informed the court that they have reached a mutually agreeable settlement of this matter. Accordingly,

IT IS ORDERED that the this action is DISMISSED without prejudice. Either party can move to reopen this case by **January 7, 2014**, if settlement is not finalized. After **January 7, 2014**, this dismissal will be with prejudice.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: November 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 27, 2013, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-14453.MAY.OrderOfDismissal.rljr.wpd