UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN A. MAY, As Personal Representative
of the Estate of Jesus Winston Gillard, Deceased,

      Plaintiff,

-vs-

OFFICER SEAN MORSE,

      Defendant.
_____/

Case No. 11-14453

Hon. Robert H. Cleland

## ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF SETTLEMENT PROCEEDS

This matter having come before the Court on Plaintiff's Motion to Obtain Court Approval of Settlement and Distribution of Settlement Proceeds, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this Court approves the settlement amount to be paid to the heirs of the decedent as loss of society and companionship, and not as or for conscious pain and suffering.

IT IS HEREBY FURTHER ORDERED that the following costs and fees are approved, based on the representations and stipulations of the parties and interested persons:

| | | |
|---|---|---|
| a. | Litigation costs: | $100,000.00 |
| b. | Attorney fee: | 1/3 of net recovery |
| c. | Probate attorney fee and costs: | $ 7,397.82 |
| d. | Guardian Ad Litem fees and costs: | $ 1,000.00 |

IT IS FURTHER ORDERED, based on representations and stipulations of the parties and interested persons, that the remaining settlement proceeds shall be

~2~

distributed as follows:

    a.    Arnold Gillard    78.72%

    b.    Lynn Gillard    12.8%

    c.    Hallie Gillard    2.12%

    d.    Arnold Gillard, IV    2.12%

    e.    Israel Gillard    2.12%

    f.    Amir Gillard    2.12%

IT IS FURTHER ORDERED that this is a final order and dismisses this matter with prejudice and without further costs to the parties.

IT IS SO ORDERED.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 17, 2013, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522